OSCAR HAMMERSTEIN, Appellant, v. NEW YORK PRESS COMPANY (LIMITED), Respondent.

Appeal from an order and interlocutory judgment dismissing the complaint on the pleadings.

PER CURIAM: The order and interlocutory judgment appealed from should be reversed and motion denied, upon the ground that the court is of the opinion that the article published was libelous *per se*. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Dowling, JJ. Judgment and order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

———

Elias Gussaroff, Respondent, v. Ben Cohen, Appellant, Impleaded with Fredericka Cohen.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Burt Sheldon, Respondent, v. Harriett A. R. Mills, as Executrix, etc., of Ellen M. Delaie, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Eva S. Cochran and Others, as Executors and Trustees under the Last Will and Testament of William F. Cochran, Deceased, Respondents, v. Elizabeth Reich and Others, Impleaded with Floyd B. Wilson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Arbitration between Concrete Steel and Tile Construction Company, Appellant, and Samuel Green, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Benjamin Berger, Appellant, v. Henry Russell, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Corrine Belle de Briou, Respondent, v. Clarence M. Busch, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to move at Special Term for additional security. No opinion.

A. Stanley Jones, Appellant, v. John H. Davis and Others, Respondents.— Order modified as stated in order and as modified affirmed, without costs. No opinion.

A. Stanley Jones, Respondent, v. John H. Davis and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. Michael Merinda. Max Hallheimer v. Morris Bloch. Manix Company v. Oscar Wentzel. Charles J. Brooks v. Racich Manufacturing Company.— Motions granted unless appellants comply with conditions stated in orders.

Jesse L. Boskowitz v. Joseph H. Sulzbacher.— Motion denied with leave to renew as stated in order.

Rebecca S. Blaikie v. Franklin Post.— Motion denied.

Nicolas La Rosa v. Michael Larkin. Major O. Scott v. Stacy B. Opdyke. In the Matter of Delia Foley.— Motions granted, with ten dollars costs.

In the Matter of George Moeser (4 cases). Thomas J. McLaughlin v. George Moeser.— Motions granted, with ten dollars costs in each case.